CHARLOTTE ROBERTS, Respondent, v. ELIAS H. LANG, Appellant.— Judgment

and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.